PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
DNYN105CR000367-001

DOCKET NUMBER (Rec. Court)
CR 07-080-01 S

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION |
| --- | --- | --- | --- |
| Robert Brown<br>Warren, RI 02885 | NORTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE<br>Norman A. Mordue | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>October 17, 2006 | TO:<br>October 16, 2009 |

OFFENSE

Possession of a Firearm by an Unlawful User of or Addicted to Narcotics

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NORTHERN DISTRICT OF NEW YORK**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

March 23, 2007 — Norman A Mordue

*Date* — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/14/07 — Mary M. Lisi

*Date* — *Chief United States District Judge*