U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 04 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ROBERT K. BROWN,

Defendant.

**INDICTMENT**

Criminal No. 05-CR-361 (NAM)

VIO: 18 U.S.C. §§ 922(g)(3) and 924(a)(2);

[1 COUNT]

**COUNT ONE**

THE GRAND JURY CHARGES:

On or about July 6, 2005, in the State and Northern District of New York, **ROBERT K. BROWN**, the defendant herein, being an unlawful user of marijuana which is a Schedule I controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate and foreign commerce the following firearm: a Russian Makarov 9 mm semi-automatic handgun stamped with what appeared to be multiple serial numbers (AKB0886, AKBJ051619, J051619).

In violation of Title 18, United States Code, Sections 922(g)(3) & 924(a)(2).

A TRUE BILL

Kathy M. White
FOREPERSON OF THE GRAND JURY

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: Robert A. Sharpe
ROBERT A. SHARPE
ASSISTANT U.S. ATTORNEY
N.D.N.Y. BAR ROLL NO. 302573

ECF DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 5/23/07
By: [signature] Deputy Clerk