# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.0.3] (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00367-NAM All Defendants
## Internal Use Only

Case title: USA v. Brown
Magistrate judge case number: 8:05-mj-00257-RFT

Date Filed: 08/04/2005
Date Terminated: 04/12/2006

---

Assigned to: Chief Judge Norman A. Mordue

ECF DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK. LAWRENCE K. BAERMAN, CLERK
Dated: 5/23/07
By: Deputy Clerk

**Defendant**

**Robert K. Brown** (1)
*TERMINATED: 04/12/2006*

represented by **Paul J. Evangelista**
Office of the Federal Public Defender
39 North Pearl Street, 5th Floor
Albany Main Office
Albany, NY 12207
518-436-1850
Fax: 518-436-1780
Email: paul.evangelista@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Paul DerOhannesian, II**
DerOhannesian, DerOhannesian Law Firm
39 North Pearl Street
1st Floor
Albany, NY 12207
518-427-0164
Fax: 518-427-0614
Email: derolaw@verizon.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC (1) | Defendant is sentenced to a term of imprisonment of 10 months; Court recommends to BOP to incarcerate as close to family; Supervised release for a term of 3 years; Standard and Special Conditions; Special Assessment in the amount of $100.00; no fine imposed; appeal rights explained; defendant is |

remanded.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

18:922G.F - unlawful transport of firearms

---

**Plaintiff**

**USA**

represented by **Robert A. Sharpe**
Office of United States Attorney
445 Broadway
Room 218
Albany, NY 12207-2924
518-431-0247
Fax: 518-431-0249
Email: robert.sharpe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2005 | 3 | ORDER OF TEMPORARY DETENTION as to Robert K Brown Detention Hearing set for 7/11/2005 02:00 PM in Albany before Magistrate Judge Randolph F. Treece.. Signed by Judge Larry A. Kudrle on 07/07/2005. (lb, ) [8:05-mj-00257-RFT] (Entered: 07/07/2005) |
| 07/07/2005 | 1 | CRIMINAL COMPLAINT as to Robert K Brown (1). Date of arrest July 6, 2005 (lb, ) [8:05-mj-00257-RFT] (Entered: 07/07/2005) |
| 07/07/2005 | 2 | Criminal Minute Entry for proceedings held before Judge Larry A. Kudrle :Initial Appearance as to Robert K Brown held on 7/7/2005 Detention Order scheduled for July 11, 2005 @ 2:00 pm in Albany before Judge Randolph F. Treece. Defendant detained. (Court Reporter lb) (lb, ) [8:05-mj-00257-RFT] (Entered: 07/07/2005) |
| 07/07/2005 | | Case as to Robert K Brown ASSIGNED to Judge Randolph F. Treece. Judge Larry A. Kudrle no longer assigned to the case. (lb, ) [8:05-mj-00257-RFT] (Entered: 07/07/2005) |

| | | |
|---|---|---|
| 07/12/2005 | 5 | ORDER Setting Conditions of Release as to Robert K Brown (1) $25,000.00 secured by $2,500.00 . Signed by Judge David R. Homer on 7/12/05. (tab) [8:05-mj-00257-RFT] (Entered: 07/13/2005) |
| 07/12/2005 | 6 | Appearance Bond Entered as to Robert K Brown posted by Robert K. Brown, in amount of $ $25, 000.00 secured by $2,500.00, Receipt # ALB001061. (tab) [8:05-mj-00257-RFT] (Entered: 07/13/2005) |
| 07/12/2005 | 7 | Acknowledgement of Receipt for Payment as to Robert K Brown, payment of Cash Bail $ 2,500, receipt number ALB001019 (tab) [8:05-mj-00257-RFT] (Entered: 07/13/2005) |
| 07/12/2005 | 8 | Minute Entry for proceedings held before Judge David R. Homer :Detention Hearing as to Robert K. Brown held on 7/12/2005 Preliminary Examination set for 8/1/2005 01:30 PM in Albany before Magistrate Judge David R. Homer. (tab) [8:05-mj-00257-RFT] (Entered: 07/14/2005) |
| 07/13/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: Paul J. Evangelista appearing for Robert K Brown (Evangelista, Paul) [8:05-mj-00257-RFT] (Entered: 07/13/2005) |
| 07/22/2005 | 9 | NOTICE OF ATTORNEY APPEARANCE Robert A. Sharpe appearing for USA (Sharpe, Robert) [8:05-mj-00257-RFT] (Entered: 07/22/2005) |
| 08/01/2005 | 10 | NOTICE OF ATTORNEY APPEARANCE: Paul DerOhannesian, II appearing for Robert K. Brown (DerOhannesian, Paul) [8:05-mj-00257-RFT] (Entered: 08/01/2005) |
| 08/01/2005 | 11 | Minute Entry for proceedings held before Judge David R. Homer :Preliminary Examination as to Robert K. Brown held on 8/1/2005. Appearances: Robert Sharpe, AUSA; Paul DerOhannesian for deft (retained). Witness for government: Charles Callioras. Government admits exhibits 1 & 2. Judge Homer rules that probable cause exists that the deft did commit the offense and the case will be held over for the grand jury. Deft is continued released on the conditions previously set. (Court Reporter Cindy Mezoff) (cjm, ) [8:05-mj-00257-RFT] (Entered: 08/02/2005) |
| 08/04/2005 | 12 | INDICTMENT as to Robert K. Brown (1) count(s) 1. (ban) (Entered: 08/05/2005) |
| 08/08/2005 | 13 | ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER as to Robert K. Brown. Signed by Judge Randolph F. Treece on 7/8/05. (ban) (Entered: 08/09/2005) |
| 08/18/2005 | 14 | CRIMINAL PRETRIAL SCHEDULING ORDER as to Robert K. Brown. Motions to be filed by 9/15/2005. Jury Trial set for 10/17/2005 09:30 AM in Syracuse before Judge Norman A. Mordue. Signed by Judge David R. Homer on 8/18/05. (wjg, ) (Entered: 08/18/2005) |
| 08/18/2005 | 15 | Minute Entry for proceedings held before Judge David R. Homer :Arraignment as to Robert K. Brown (1) Count 1 held on 8/18/2005. Deft enters plea of Not Guilty; A criminal Pretrial Order is |

| | | |
|---|---|---|
| | | issued. (CRD: Cindy Mezoff) (cjm, ) (Entered: 08/31/2005) |
| 09/28/2005 | 16 | ORDER TO CONTINUE - Ends of Justice as to Robert K. Brown Time excluded from 9/28/05 until 11/16/05. Motions to be filed by 11/4/2005. Motions shall be made returnable on 12/7/05. A Change of Plea shall be entered by 12/5/05, otherwise the Jury Trial is set for 12/12/2005 at 9:30 AM in Syracuse before Judge Norman A. Mordue. Signed by Judge Norman A. Mordue on 9/28/05. (jmb) (Entered: 09/29/2005) |
| 10/18/2005 | 17 | TRANSCRIPT of Proceedings (Preliminary Hearing) as to Robert K. Brown held on August 1, 2005 before Judge David R. Homer, Court Reporter: Michele Hasso - maintained in Clerk's Office and not available for electronic viewing. (ban) (Entered: 10/19/2005) |
| 11/14/2005 | 18 | ORDER TO CONTINUE - Ends of Justice: as to Robert K. Brown - Time excluded from 11/14/05 until 12/29/05. Jury Trial set for 1/23/2006 at 9:30 AM in Syracuse before Judge Norman A. Mordue or, in the alternative, a change of plea shall be entered or or before 1/16/06. Motions to be filed by 12/20/2005. Motions shall be made returnable on 1/18/06. Signed by Judge Norman A. Mordue on 11/14/05. (dmf) (Entered: 11/15/2005) |
| 12/14/2005 | | TEXT NOTICE OF HEARING as to Robert K. Brown. A Video Change of Plea Hearing set for 12/23/2005 at 10:30 AM in Albany before Judge Norman A. Mordue. Parties will appear in Albany and Judge Mordue will appear in Syracuse.(jlm) (Entered: 12/14/2005) |
| 12/23/2005 | 19 | Minute Entry of Video Change of Plea Hearing proceedings held before Judge Norman A. Mordue as to Robert K. Brown on 12/23/2005, Guilty Plea entered by Robert K. Brown (1) on Count 1. Court accepts plea. Sentencing set for 3/7/2006 at 10:30 AM in Albany before Judge Norman A. Mordue. Deft remanded to the custody of the US Marshal. App: Rob Sharpe, AUSA; Paul DerOhannesian, Esq., Courtroom Clerk: Judi L. McNicholas. (Court Reporter Jodi L. Hibbard) (jmb) (Entered: 12/23/2005) |
| 12/23/2005 | 20 | GUIDELINE ORDER as to Robert K. Brown Sentencing set for 3/7/2006 10:30 AM in Albany before Judge Norman A. Mordue. Government Sentencing Memo Deadline 2/21/2006 Defendant Sentencing Memo Deadline 2/21/2006. Signed by Judge Norman A. Mordue on 12/23/05. (kcl, ) (Entered: 12/28/2005) |
| 12/29/2005 | 21 | PLEA AGREEMENT as to Robert K. Brown (kcl, ) (Entered: 12/29/2005) |
| 02/28/2006 | 22 | SENTENCING MEMORANDUM by USA as to Robert K. Brown (Sharpe, Robert) (Entered: 02/28/2006) |
| 02/28/2006 | 23 | Letter from Paul DerOhannesian II as to Robert K. Brown requesting modification of sentencing order (DerOhannesian, Paul) (Entered: 02/28/2006) |
| 03/02/2006 | | TEXT ORDER GRANTING the 23 Letter Request filed by Robert K. |

| | | |
|---|---|---|
| | | Brown to adjourn the sentencing. Sentencing has been reset for 4/11/2006 at 10:30 AM in Albany before Judge Norman A. Mordue. Defendant Sentencing Memo Deadline 3/28/2006. Endorsed by Judge Norman A. Mordue on 3/2/06. (jlm) (Entered: 03/02/2006) |
| 03/08/2006 | 24 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Robert K. Brown (DerOhannesian, Paul) (Entered: 03/08/2006) |
| 03/16/2006 | | TEXT NOTICE OF HEARING as to Robert K. Brown. The Court has rescheduled the Sentencing for 4/18/2006 at 2:30 PM in Albany before Judge Norman A. Mordue. All sentencing memoranda shall be filed on or before April 4, 2006(jlm) (Entered: 03/16/2006) |
| 03/17/2006 | 25 | Letter from Paul DerOhannesian II as to Robert K. Brown requesting Reschedule sentencing. (DerOhannesian, Paul) (Entered: 03/17/2006) |
| 04/01/2006 | | TEXT ORDER as to Robert K. Brown Granting the Defendant's 25 Letter Request filed by to reschedule the sentencing. Sentencing has been reset for 4/12/2006 at 10:00 AM in Albany before Chief Judge Norman A. Mordue.All sentencing memoranda shall be filed on or before April 5, 2006. Signed by Judge Norman A. Mordue on 3/31/06. (jlm) (Entered: 04/01/2006) |
| 04/05/2006 | 26 | SENTENCING MEMORANDUM by Robert K. Brown (Attachments: # 1 Exhibit(s) Exhibit A - Letters of Support)(DerOhannesian, Paul) (Entered: 04/05/2006) |
| 04/05/2006 | 27 | Certificate of Service by Robert K. Brown re 26 Deft. Sentencing Memorandum (DerOhannesian, Paul) (Entered: 04/05/2006) |
| 04/12/2006 | 28 | Minute Entry for proceedings held before Judge Norman A. Mordue : CRD: John Law; Sentencing held on 4/12/2006 for Robert K. Brown (1), Count(s) 1; Appearances Made: Robert Sharpe, AUSA, for the USA, Paul DerOhannesian, Esq., for the defendant and Dan Voice for Probation; Judge inquires regarding review of presentence report and objections; Court adopts factual findings in the presentence report; Defendant is sentenced to a term of imprisonment of 10 months; Court recommends to BOP to incarcerate as close to family; Supervised release for a term of 3 years; Standard and Special Conditions; Special Assessment in the amount of $100.00; no fine imposed; appeal rights explained; defendant is remanded. (Court Reporter Theresa Casal) Time: 10:30-10:35 a.m. (jel, ) (Entered: 04/12/2006) |
| 04/12/2006 | 29 | JUDGMENT as to Robert K. Brown (1), Count(s) 1, Defendant is sentenced to a term of imprisonment of 10 months; Court recommends to BOP to incarcerate as close to family; Supervised release for a term of 3 years; Standard and Special Conditions; Special Assessment in the amount of $100.00; no fine imposed; appeal rights explained; defendant is remanded; Signed by Judge Norman A. Mordue on 4/19/06. (kcl, ) (Entered: 04/19/2006) |
| 05/03/2006 | 30 | PETITION & ORDER : for Return of Bail as to Robert K. Brown, the Clerk shall remit to the petitioner Laura Rogers the sum of $2,500.00 |

| | | |
|---|---|---|
| | | deposited in connection with the bail bond. Single assignment form attached with other supporting documentation. Signed by Judge Norman A. Mordue on 5/3/06. (jmb) (Entered: 05/04/2006) |
| 05/15/2006 | 31 | NOTICE OF RETURN ON ORDER: filed as to Robert K. Brown, Re: # 30 Petition & Order, Leslie Carni has complied with the Court's Order on 5/8/06. Check # 236352. Letter attached with copy of check. (jmb) (Entered: 05/15/2006) |
| 05/21/2007 | 32 | Probation Jurisdiction Transferred to District of Rhode Island as to Robert K. Brown Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (tab) (Entered: 05/23/2007) |